IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SEAN GLASS,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

No. 3:17-cv-00665-SU

ORDER

HERNANDEZ, District Judge:

Magistrate Judge Sullivan issued a Findings and Recommendation (#27) on June 14, 2018, in which she recommends that this Court affirm the Commissioner's decision to deny Plaintiff Supplemental Security Income.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find

no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [27]. Accordingly, the Commissioner's decision to deny Plaintiff Supplemental Security Income is affirmed.

IT IS SO ORDERED.

DATED this \_\_20\_\_ day of \_\_July\_\_, 2018.

_____
MARCO A. HERNANDEZ
United States District Judge